UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-62717-CIV-DIMITROULEAS/SNOW

MATTHEW COUSINEAU,

    Plaintiff,

vs.

TOMA REALTY CORP.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, MATTHEW COUSINEAU, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request ten (10) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties ten (10) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that February 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          Respectfully submitted,

                                          **J & M ADVOCACY GROUP, LLC**
                                          Counsel for Plaintiff
                                          Presidential Circle
                                          4000 Hollywood Blvd., Ste. 435 So.
                                          Hollywood, Florida 33021

Telephone (954) 962-1166
Facsimile (954) 962-1779
Email: Jessica@jmadvocacygroup.com

/s/ *Jessica L. Kerr*_____
Jessica L. Kerr, Esq.
Florida Bar No.: 92810