UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62717-CIV-DIMITROULEAS/SNOW

MATTHEW COUSINEAU,

    Plaintiff,

vs.

TOMA REALTY CORP.,

    Defendant.
_____/

## ORDER APPROVING CONSENT DECREE; DISMISSING ACTION

THIS CAUSE is before the Court on the parties' Joint Motion for Approval and Entry of Consent Decree [DE 16] (the "Motion"). The Court has carefully considered the Motion [DE 16] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 16] is hereby **GRANTED**;

2. The Consent Decree [DE 16-2] is hereby **APPROVED**;

2. The Action is **DISMISSED**, with each party to bear their own attorney's fees and costs except as otherwise agreed;

3. The Court retains jurisdiction to enforce the Consent Decree [DE 16-2]; and

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies Provided to:

Counsel of Record

Toma Realty Corp.
d/b/a Pat's Cheesesteak Hoagies & Pizza
Attn: Francis Villarreal
4240 SW 19 St.
Plantation, FL 33317